UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JOSEPH RADOSKY,
    Plaintiff,
    vs.                                                                                          Case No.

STS AVIATION GROUP, LLC,
    Defendant.
_____/

## COMPLAINT

Plaintiff, JOSEPH RADOSKY ("Radosky"), sues Defendant, STS AVIATION GROUP, LLC ("SAG, LLC"), and states as follows:

## JURISDICTION

Jurisdiction in this Court is proper under 28 U.S.C. § 1331 as this action arises under Title I of the Americans with Disabilities Act, 42 U.S.C. § 12112.

## VENUE

Venue is proper in this Court as the Defendant is a corporation conducting business within the District.

## CONDITIONS PRECEDENT

All conditions precedent to this suit have been met.  Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission within 300

days of the discriminatory/retaliatory events which is attached as Exhibit A. Plaintiff received a Right to Sue from the Equal Employment Opportunity Commission dated July 15, 2021, which is attached as Exhibit B , and filed this suit within 90 days of receipt.

## FACTUAL ALLEGATIONS

1. Plaintiff was employed by Defendant as a Business Development Manager from November 3, 2020, to April 23, 2021.
2. On a weekly basis, Plaintiff submitted reports to his supervisor.
3. Plaintiff only received positive feedback on his performance.
4. Plaintiff performed better each month of his employment.
5. In January of 2021, Plaintiff noticed that he felt tired and had an on-going cough, so he went to his primary care physician who ordered blood work.
6. As a result of the blood work, Plaintiff's primary care physician sent him to a specialist.
7. The specialist told Plaintiff that he needed to have a bone marrow biopsy.
8. Due to the serious nature of the testing and possible medical condition, on April 22, Plaintiff notified his supervisor, William Cook, of his medical situation.

9. Plaintiff only missed two hours of work for his bone marrow biopsy and returned to work to attend a conference call.

10. Plaintiff was in the process of bringing in a huge account for his employer.

11. On April 23, 2021, the day after advising his supervisor of his medical condition, Plaintiff's employment with Defendant was terminated.

12. Plaintiff was told that things were "not working out." However, the stated reason was clearly pretextual as Plaintiff had just secured a huge account for the employer.

## COUNT I
## VIOLATION OF TITLE I OF THE AMERICANS WITH DISABILITIES ACT

Plaintiff incorporates the preceding paragraph as if fully stated herein.

13. Plaintiff was an employee pursuant to 42 U.S.C. § 2000e(f).

14. Defendant is an employer pursuant to 42 U.S.C. § 2000e(b).

15. As set forth in the Factual Allegations above, Plaintiff was disabled and/or was treated by his employer as disabled.

16. Plaintiff suffered an adverse employment action when he was terminated.

17. The temporal proximity between notifying his supervisor of his medical condition and his termination, establishes a prima facie case of disability discrimination.

18. The employer's stated reason for Plaintiff's termination was pretextual as he had been performing well and was bringing in huge account.

WHEREFORE, Plaintiff demands damages for lost wages, benefits, back pay and other remuneration; all other compensatory damages allowable under law; emotional distress damages; attorney's fees and costs; and any other relief the Court deem just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury.

Dated: August 23, 2021                    Respectfully submitted,

*/s/Beth Coke*
Beth Coke
Fla. Bar. #70726
Beth@cokeemploymentlaw.com
Coke Employment Law
131 N. 2nd Street, Suite 204
Fort Pierce, Fl. 34950
Telephone: (772) 252-4230
Facsimile: (772) 252-4575
Attorney for Plaintiff